UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GIORGI NOZADZE,

     Petitioner,

v.

                         Case No. 1:26-cv-852

KEVIN RAYCRAFT, et al.,               HONORABLE PAUL L. MALONEY

     Respondents.

_____/

## ORDER DENYING MOTION FOR ADMISSION PRO HAC VICE

This matter is before the Court on the Motion for Admission Pro Hac Vice of Attorney Leonard R. Gendelberg, Esq. of the law firm of Gendelberg Law, PLLC (ECF No. 6).  As stated in W.D. Mich. LGenR 2.2(a), this Court disfavors pro hac vice admission and prefers that all lawyers appearing before it become full members of the bar of the Court.  Therefore,

**IT IS HEREBY ORDERED** that the Motion for Admission Pro Hac Vice (ECF No. 6) is DENIED.  Attorney Leonard R. Gendelberg, Esq. may, however, appear on record and file papers in this case pending actual admission to practice in this Court pursuant to the terms of W.D. Mich. LGenR 2.2(a).

Dated:  March 31, 2026                  /s/ Paul L. Maloney
                                     Paul L. Maloney
                                     United States District Judge